UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

        Chapter 13

    JACOB VAYNSHTEYN,

        Case No. 1-26-40732-ess

             Debtor.
-----------------------------------------------------------X

### ORDER SCHEDULING A CONFERENCE ON
### THE DEBTOR'S MOTION TO ENFORCE STAY

WHEREAS, on February 17, 2026, Jacob Veynshteyn (the "Debtor"), filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code in this case; and

WHEREAS, on April 21, 2026, the Debtor filed a motion alleging, in substance, that property owned by the Debtor was sold at a post-petition foreclosure sale, and requesting that the Court enforce the automatic stay in this case and find that sale to be void *ab initio* (the "Motion to Enforce Stay").  The Motion to Enforce Stay further requests that the Court hold a hearing on the Motion to Enforce Stay on an expedited basis; and

WHEREAS, a hearing on confirmation in this case is scheduled for May 11, 2026, at 10:00 a.m.

**NOW, THEREFORE**, in the interest of good case management, it is hereby

**ORDERED,** that the Court will hold a video conference on the Motion to Enforce Stay on **May 11, 2026, at 10:00 a.m.**, before the Honorable Elizabeth S. Stong in Courtroom 3585, United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York 11201; and it is further

**ORDERED,** that the Court may set a briefing schedule and date for in-person oral argument on the Motion to Enforce Stay at the May 11, 2026, video conference; and it is further

**ORDERED,** that the Debtor is directed to serve this Order and the Motion to Enforce Stay on which it is based via email or facsimile, or if not available by overnight delivery service, to be received by April 24, 2026, at 5:00 p.m., upon: (i) all creditors; (ii) all parties having filed a notice of appearance in this case; (iii) the Chapter 13 Trustee; (iv) the Office of the United States Trustee; and (v) any other party entitled to receive notice in this case, and service of the Motion to Enforce Stay in this manner shall constitute good and sufficient service and notice of the Motion to Enforce Stay; and it is further

**ORDERED,** that the Debtor is directed to file proof of service of this Order and the Motion to Enforce Stay by April 27, 2026, at 12:00 p.m.; and it is further

**ORDERED,** that objections to the Motion to Enforce Stay, if any, may be stated at the May 11, 2026, conference, and a schedule for the filing of written opposition may be set at the May 11, 2026, conference; and it is further

**ORDERED**, that this hearing will be conducted remotely, via video.  It is not necessary to request prior authorization to appear remotely.  All participants, including attorneys, clients, and pro se parties, may register to appear remotely as follows:

**Please register with eCourt Appearances at https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl at least two business days before the scheduled hearing.  To register, please provide your name, address, e-mail address, telephone number to be used on the hearing date, and if appropriate, the party that you represent.  In the event that you are not able to register online, you may call or email Judge Stong's courtroom deputy for instructions at (347) 394-1864, ess_hearings@nyeb.uscourts.gov, at least two (2) business days prior to the hearing date.**

**On your hearing date, please connect at least ten minutes before your scheduled hearing time, and keep your audio and video on mute until your case is called.**

Dated: Brooklyn, New York
   April 22, 2026



_Elizabeth S. Stong_
Elizabeth S. Stong
United States Bankruptcy Judge

TO:

**Jacob Vaynshteyn**
Comfort Inn
150 20th Street
Brooklyn, NY 11232
KINGS-NY

**Morris Fateha**
911 Avenue U
Brooklyn, NY 11223

**Krista M Preuss**
Krista M. Preuss, Chapter 13 Trustee
100 Jericho Quadrangle
Ste 127
Jericho, NY 11753

**Office of the United States Trustee**
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408

**Andreas E. Christou, Esq.**
One Grand Central Place
60 East 42nd Street, Suite 1410
New York, NY 10165