United States Bankruptcy Court

Eastern District of New York

In re:                                                                                    Case No. 26-40732-ess

Jacob Vaynshteyn                                                             Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1                              User: admin                                    Page 1 of 2

Date Rcvd: Apr 23, 2026                       Form ID: pdf000                        Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2026:**

**Recip ID**           **Recipient Name and Address**
db             + Jacob Vaynshteyn, Comfort Inn, 150 20th Street, Brooklyn, NY 11232-1102

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID**    **Bypass Reason**  **Name and Address**
intp                        TRUMP VILLAGE SECTION 4, INC.

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2026            Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2026 at the address(es) listed below:**

**Name**                   **Email Address**

Andreas E Christou
                  on behalf of Interested Party TRUMP VILLAGE SECTION 4  INC. andreas.christou@woodslaw.com, jwoods@woodslaw.com,staff@woodslaw.com

Daniel Szalkiewicz
                  on behalf of Plaintiff Trump Village Section 4  Inc. daniel@veridianlegal.com, lawdss@recap.email

Daniel Szalkiewicz
                  on behalf of Plaintiff Igor Oberman daniel@veridianlegal.com  lawdss@recap.email

Krista M Preuss
                  info@ch13edny.com  trusteeNYEB47@ecf.epiqsystems.com

Morris Fateha

District/off: 0207-1                              User: admin                                    Page 2 of 2
Date Rcvd: Apr 23, 2026                           Form ID: pdf000                                Total Noticed: 1

on behalf of Debtor Jacob Vaynshteyn morrisfateha@gmail.com

Office of the United States Trustee
USTPRegion02.BR.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

                                 Chapter 13

   JACOB VAYNSHTEYN,

                                 Case No. 1-26-40732-ess

               Debtor.
-----------------------------------------------------------X

### ORDER SCHEDULING A CONFERENCE ON
### THE DEBTOR'S MOTION TO ENFORCE STAY

WHEREAS, on February 17, 2026, Jacob Veynshteyn (the "Debtor"), filed a voluntary

petition for relief under Chapter 13 of the Bankruptcy Code in this case; and

WHEREAS, on April 21, 2026, the Debtor filed a motion alleging, in substance, that

property owned by the Debtor was sold at a post-petition foreclosure sale, and requesting that the

Court enforce the automatic stay in this case and find that sale to be void *ab initio* (the "Motion

to Enforce Stay").  The Motion to Enforce Stay further requests that the Court hold a hearing on

the Motion to Enforce Stay on an expedited basis; and

WHEREAS, a hearing on confirmation in this case is scheduled for May 11, 2026, at

10:00 a.m.

**NOW, THEREFORE**, in the interest of good case management, it is hereby

**ORDERED,** that the Court will hold a video conference on the Motion to Enforce Stay

on **May 11, 2026, at 10:00 a.m.**, before the Honorable Elizabeth S. Stong in Courtroom 3585,

United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York 11201; and it

is further

**ORDERED,** that the Court may set a briefing schedule and date for in-person oral

argument on the Motion to Enforce Stay at the May 11, 2026, video conference; and it is further

1

**ORDERED,** that the Debtor is directed to serve this Order and the Motion to Enforce Stay on which it is based via email or facsimile, or if not available by overnight delivery service, to be received by April 24, 2026, at 5:00 p.m., upon: (i) all creditors; (ii) all parties having filed a notice of appearance in this case; (iii) the Chapter 13 Trustee; (iv) the Office of the United States Trustee; and (v) any other party entitled to receive notice in this case, and service of the Motion to Enforce Stay in this manner shall constitute good and sufficient service and notice of the Motion to Enforce Stay; and it is further

**ORDERED,** that the Debtor is directed to file proof of service of this Order and the Motion to Enforce Stay by April 27, 2026, at 12:00 p.m.; and it is further

**ORDERED,** that objections to the Motion to Enforce Stay, if any, may be stated at the May 11, 2026, conference, and a schedule for the filing of written opposition may be set at the May 11, 2026, conference; and it is further

**ORDERED**, that this hearing will be conducted remotely, via video.  It is not necessary to request prior authorization to appear remotely.  All participants, including attorneys, clients, and pro se parties, may register to appear remotely as follows:

**Please register with eCourt Appearances at https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl at least two business days before the scheduled hearing.  To register, please provide your name, address, e-mail address, telephone number to be used on the hearing date, and if appropriate, the party that you represent.  In the event that you are not able to register online, you may call or email Judge Stong's courtroom deputy for instructions at (347) 394-1864, ess_hearings@nyeb.uscourts.gov, at least two (2) business days prior to the hearing date.**

**On your hearing date, please connect at least ten minutes before your scheduled hearing time, and keep your audio and video on mute until your case is called.**



Dated: Brooklyn, New York
     April 22, 2026

               Elizabeth S. Stong
           United States Bankruptcy Judge

TO:

**Jacob Vaynshteyn**
Comfort Inn
150 20th Street
Brooklyn, NY 11232
KINGS-NY

**Morris Fateha**
911 Avenue U
Brooklyn, NY 11223

**Krista M Preuss**
Krista M. Preuss, Chapter 13 Trustee
100 Jericho Quadrangle
Ste 127
Jericho, NY 11753

**Office of the United States Trustee**
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408

**Andreas E. Christou, Esq.**
One Grand Central Place
60 East 42nd Street, Suite 1410
New York, NY 10165