**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X    Chapter 13

In re:                                                                                    Case No. 1-26-40732-ess

JACOB VAYNSHTEYN,

           Debtor.

-------------------------------------------------------------X

## DECLARATION OF SERVICE

       I, Jacob Brian Rouach, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

       1. I am over the age of eighteen, am not a party to this bankruptcy case, and am associated with the Law Offices of Morris Fateha, counsel for Debtor Jacob Vaynshteyn.

       2. On May 6, 2026, I served a true and correct copy of the Order Scheduling a Conference on the Debtor's Motion to Enforce Stay and the Emergency Motion of Debtor Jacob Vaynshteyn to Enforce the Automatic Stay and Declare Post-Petition UCC Foreclosure Sale Void Ab Initio upon the following parties in the manner set forth below:

**By Regular First-Class Mail**
       **Citi Bank**
       P.O. Box 790046
       St. Louis, MO 63179

       **Elan Financial Services**
       P.O. Box 790408
       St. Louis, MO 63179

       **TD Bank**
       P.O. Box 100114
       Columbia, SC 29202

**By Email**
       **Krista M. Preuss, Chapter 13 Trustee**
       info@ch13edny.com

       **Andreas E. Christou, Esq.**
       andreas.christou@woodslaw.com

       **Office of the United States Trustee**
       Eastern District of New York — Brooklyn
       USTPRegion02.BR.ECF@usdoj.gov

3. Service by regular first-class mail was made by depositing true and correct copies of the above-referenced documents in properly addressed, postage-prepaid envelopes in the custody of the United States Postal Service.

4. Service by email and facsimile was completed on May 6, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 6, 2026
Brooklyn, New York

/S/ Jacob Brian Rouach_____
Jacob Brian Rouach