# WOODS LONERGAN PLLC

ATTORNEYS AT LAW                         woodslonergan.com

One Grand Central Place
60 East 42nd Street
Suite 1410
New York, NY 10165
Tel: 212 684 2500
Fax: 212 684 2512

Andreas E. Christou, Esq.
Associate
Admitted to the NY & NJ Bar
Email: andreas.christou@woodslaw.com

June 9, 2026

Via ECF
Hon. Elizabeth S. Stong
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

> **RE:**      **1-26-40732-ess, Jacob Vaynshteyn**
> **Status and Adjournment Letter**

Dear Judge Stong:

The undersigned counsel Interested Party Trump Village Section 4, Inc. ("Cooperative") hereby submit this Status Letter pursuant to the Court's directive at the May 11, 2026 hearing on Debtor's Motion for Violation of Automatic Stay (Dkt. 18-19), as set forth in the subsequent docket entry. I have conferred with counsel for the Debtor Jacob Vaynshteyn ("Debtor"), Morris Fateha, Esq., who has approved the contents of this Status Letter.

Status of the Sale of the Shares

The subject Cooperative stock (20.5) shares are in the name of the Estate of Anna Vaynshteyn. A nonjudicial foreclosure auction occurred on February 17, 2026. A third party was the successful bidder, and the Cooperative exercised its right of first refusal on the bid. Pending determination on Debtor's motion, no transfer has occurred.

Whether the auction was conducted in violation of the automatic stay is the subject of Debtor's motion, which the Cooperative shall oppose. The Debtor represents that he is the sole heir of the Estate of Anna Vaynshteyn.

Briefing Schedule

The parties have been approved by the Clerk to adjourn the Debtor's Motion from June 10, 2026 to **August 18, 2026 at 10:30 a.m.** or as otherwise set forth by the Court. The Parties would propose the below briefing schedule and continue to discuss the possibility of a resolution.

- Opposition Papers to be filed on or before **July 31, 2026**
- Reply Papers to be filed on or before **August 14, 2026**

# WOODS LONERGAN PLLC

ATTORNEYS AT LAW                                              woodslaw.com

Should anything further be required, please feel free to contact the undersigned counsel.

Sincerely,

Andreas E. Christou, Esq.

2

ATTORNEYS AT LAW