# EXHIBIT A



NUMBER **0767**

7A/19B

*20½* SHARES

Incorporated under the Laws of the State of New York

# TRUMP VILLAGE SECTION 4, INC.

The Corporation is authorized to issue 21,772 shares of Capital Stock of a par value of $100 each.

THIS IS TO CERTIFY that *Anna Vaynshteyn*

is (are) the owner(s) of *Twenty and one half —* Shares of the capital stock of TRUMP VILLAGE SECTION 4, INC. of the par value of One Hundred Dollars ($100.) each, fully paid and non-assessable, transferable on the books of the Corporation by the holder(s) hereof in person or by duly authorized attorney upon surrender of this certificate together with a duly executed instrument of transfer.

The rights of any holder(s) hereof are subject to the Certificate of Incorporation and Bylaws of the Corporation and to the provisions of a certain Proprietary Lease made between the person(s) in whose name(s) this certificate is issued, as Lessee(s) and the Corporation, as Lessor, which include, *inter alia:*

(a) Article IV of the Certificate of Incorporation, which provides that every holder of capital stock of the Corporation shall be entitled to one vote regardless of the number of shares held by such stockholder and that, for this purpose, all joint or common holders of the same shares shall be deemed to be one stockholder; and

(b) provisions of the ByLaws and Proprietary Lease which (i) limit and restrict the rights of any transferee or assignee hereof, (ii) require the prior approval of the Board of Directors of the Corporation for any such transfer or assignment, (iii) provide that the shares represented by this certificate are transferable only as an entirety and only to an approved assignee of the Proprietary Lease, (iv) grant a right of first refusal to the Corporation in connection with any such transfer or assignment and (v) fix transfer fees for any such transfer or assignment.

Copies of the Certificate of Incorporation, Bylaws and Proprietary Lease are on file and available for inspection at the office of the Corporation.

The directors of the Corporation may refuse to consent to the transfer of the shares represented by this certificate until any indebtedness of the holder(s) hereof to the Corporation is paid in full. The Corporation, by the terms of the Bylaws and Proprietary Lease, has a first lien on the shares represented by this certificate for all sums due and to become due under the Bylaws and/or the Proprietary Lease and for all other indebtedness from the holder(s) hereof.

IN WITNESS WHEREOF, the Corporation has caused this certificate to be signed by its duly authorized officers and its corporate seal to be hereunto affixed this *26* day of *Sept* in the year *2007*.

[seal]

Secretary or Treasurer

President or Vice President