# EXHIBIT C



# THE CITY OF NEW YORK
## VITAL RECORDS CERTIFICATE

# DEATH TRANSCRIPT

DATE FILED

THE CITY OF NEW YORK – DEPARTMENT OF HEALTH AND MENTAL HYGIENE

JAN-01-2021 03:05 PM

### CERTIFICATE OF DEATH

Certificate No. 156-20-081691

**1. DECEDENT'S LEGAL NAME** ANNA    VAYNSHTEYN
(First, Middle, Last, Suffix)

| | | | | | | |
|---|---|---|---|---|---|---|
| **Place Of Death** | **2a.** New York City<br>**2b.** Borough<br>Brooklyn | **2c.** Type of Place<br>1 ☐ Hospital Inpatient<br>2 ☐ Emergency Dept./Outpatient<br>3 ☐ Dead on Arrival | 4 ☐ Nursing Home/Long Term Care Facility<br>5 ☐ Hospice Facility<br>6 ☒ Decedent's Residence<br>7 ☐ Other Specify | **2d.** Any Hospice care in last 30 days<br>1 ☐ Yes<br>2 ☒ No<br>3 ☐ Unknown | **2e.** Name of hospital or other facility (if not facility, street address)<br><br>2944 W 5th St Apt 19B, Brooklyn, NY 11224-3852 | |

| | | | | |
|---|---|---|---|---|
| Date and Time of Death or Found Dead | **3a.** (Month) December   (Day) 31   (Year-yyyy) 2020 | **3b.** Time 1:52 ☐ AM ☒ PM | **4.** Sex Female | **5.** OCME Case No. K20072757 |

**6.** CAUSE OF DEATH (To be filled in by the OCME)

**PART I**
- a. Immediate cause: Hypertensive And Atherosclerotic Cardiovascular Disease
- b. Due to or as a consequence of
- c. Due to or as a consequence of

APPROXIMATE INTERVAL ONSET TO DEATH: -

**PART II** Other significant conditions contributing to death but not resulting in the underlying cause given in Part I. Include operation information.

| | | | | |
|---|---|---|---|---|
| **7a.** Injury Date (mm dd yyyy)<br>*** | **7b.** Time<br>☐ AM<br>☐ PM | **7c.** At Work<br>1 ☐ Yes<br>2 ☐ No | **7d.** Place of Injury – At home, factory, street, etc.<br>**7e.** Location | |

**7f.** How Injury Occurred

| | | | |
|---|---|---|---|
| **7g.** If Transportation Injury Specify<br>☐ Driver/Operator ☐ Pedestrian<br>☐ Passenger<br>☐ Other Specify ____ | **8.** Manner of Death<br>☐ Pending further study<br>☒ Natural ☐ Homicide<br>☐ Accident ☐ Suicide ☐ Undetermined | **9.** Autopsy<br>☐ Yes<br>☐ No Autopsy Pursuant to Law<br>☒ No Autopsy | **10.** On the basis of examination and/or investigation, in my opinion, death occurred due to the causes and manner as stated:<br>Certifier Signature *Zhanna Georgievskaya* D.O. M.D. Date JAN-1-2021<br>Signature Electronically Authenticated<br>Certifier Name (Print) ZHANNA GEORGIEVSKAYA Medical Examiner<br>(Medical Investigator) (Deputy Chief) (Chief) (Medical Examiner) |

| | | | | | | |
|---|---|---|---|---|---|---|
| **11a.** Usual Residence State New York | **11b.** County Kings | **11c.** City or Town Brooklyn | **11d.** Street and Number 2944 W 5th St Apt 19B | Apt. No. | ZIP Code 11224-3852 | **11e.** Inside City Limits? 1 ☒ Yes 2 ☐ No |

| | | | | | |
|---|---|---|---|---|---|
| **12.** Date of Birth (Month) April (Day) 21 (Year-yyyy) 1964 | **13.** Age at last birthday (years) 56 | Under 1 Year Months / Days | Under 1 Day Hours / Minutes | **14.** Social Security No. ▮▮▮▮▮ | |

| | | |
|---|---|---|
| **15a.** Usual Occupation (Type of work done during most of working life. Do not use "retired") Disabled | **15b.** Kind of business or industry Disabled | **16.** Aliases or AKAs *** *** |

| | |
|---|---|
| **17.** Birthplace (City & State or Foreign Country) Russia | **18.** Education (Check the box that best describes the highest degree or level of school completed at the time of death)<br>1 ☐ 8th grade or less; none   4 ☐ Some college credit, but no degree   7 ☐ Master's degree (e.g., MA, MS, MEng, MEd, MSW, MBA)<br>2 ☐ 9th – 12th grade; no diploma   5 ☐ Associate degree (e.g., AA, AS)   8 ☐ Doctorate (e.g., PhD, EdD) or<br>3 ☒ High school graduate or GED   6 ☐ Bachelor's degree (e.g., BA, AB, BS)   Professional degree (e.g., MD, DDS, DVM, LLB, JD) |

| | | |
|---|---|---|
| **19.** Ever in U.S. Armed Forces?<br>1 ☐ Yes 2 ☒ No | **20.** Marital/Partnership Status at time of death<br>1 ☐ Married   2 ☐ Domestic Partnership   3 ☒ Divorced<br>4 ☐ Married, but separated   5 ☐ Never Married   6 ☐ Widowed<br>7 ☐ Other, Specify ____   8 ☐ Unknown | **21.** Surviving Spouse's/Partner's Name (prior to first marriage) (First, Middle, Last)<br>*** *** |

| | |
|---|---|
| **22.** Father/Parent Name (Prior to first marriage) (First, Middle, Last) Michael Plaksin | **23.** Mother/Parent Name (Prior to first marriage) (First, Middle, Last) Galina Unknown |

| | | |
|---|---|---|
| **24a.** Informant's Name Jacob Vaynshteyn | **24b.** Relationship to Decedent Son | **24c.** Address (Street and Number) Apt. No. City & State ZIP Code 2944 W 5th St Apt 19B, Brooklyn, NY 11224-3852 |

| | |
|---|---|
| **25a.** Method of Disposition<br>1 ☒ Burial   2 ☐ Cremation   3 ☐ Entombment   4 ☐ City Cemetery<br>5 ☐ Other Specify ____ | **25b.** Place of Disposition (Name of cemetery, crematory, other place)<br>Mt Richmond Cemetery |

| | |
|---|---|
| **25c.** Location of Disposition (City & State or Foreign Country) Staten Island, NY | **25d.** Date of Disposition mm 01 dd 10 yyyy 2021 |

| | |
|---|---|
| **26a.** Funeral Establishment Capitol Funeral Service of New York | **26b.** Address (Street and Number) City & State ZIP Code 723 Coney Island Ave Brooklyn, NY 11218-4306 |

Changes approved for filing by the Commissioner of Health. Formerly: SSN - Blank; approved by Deputy City Registrar J. Hicks on Jan-14-2021; Formerly: Disposition Method - Interim; approved by Deputy City Registrar J. Hicks on Jan-10-2021; No further entry beyond this point.***

EVT20210125280

VR 16 (Rev. 01/20)

January 14, 2021

This is to certify that the foregoing is a true copy of a record on file in the Department of Health and Mental Hygiene. The Department of Health and Mental Hygiene does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.19(b) of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code or any other law.



Gretchen Van Wye, PhD, City Registrar



1 4 0 0 0 0 0 4 9 9 7 8 5

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE