# EXHIBIT D

**FACE OF DOCUMENT CONTAINS A MULTICOLORED VOID PANTOGRAPH AND MICROPRINT BORDER. THIS DOCUMENT ALSO HAS INVISIBLE FLUORESCENT FIBERS, ARTIFICIAL WATERMARK ON BACK, AND A CHEMICAL REACTIVE VOID FEATURE.**

C20 (Rev. 1/07)

Certificate# 185818

# Surrogate's Court of the State of New York
# Kings County
## Certificate of Appointment of Executor

File #: 2021-847/A

IT IS HEREBY CERTIFIED that Letters in the estate of the Decedent named below have been granted by this court, as follows:

Name of Decedent: **Anna Vaynshteyn**      Date of Death: **December 31, 2020**

Domicile: **Kings County**

Fiduciary Appointed: **Jacob Vaynshteyn**
Mailing Address: 2944 West 5th Street   19B
Brooklyn NY  11224

Type of Letters Issued: **LETTERS TESTAMENTARY**

Letters Issued On: **October 2, 2021**

**Limitations: NONE**

and such Letters are unrevoked and in full force as of this date.

**Dated:  October 5, 2021**

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of the Kings County Surrogate's Court at Brooklyn, New York.

WITNESS, Hon. Harriet L Thompson, Judge of the Kings County Surrogate's Court.

*Patricia Halsey*

Patricia Halsey, Acting Chief Clerk
Kings County Surrogate's Court

*This Certificate is Not Valid Without the Raised Seal of the Kings County Surrogate's Court*