# EXHIBIT E



Lilya Tamakhina
*President*
Gloria Hacken
*Vice President*
Sofiya Osherova
*Treasurer*
Edward Aizman
*Secretary*

Igor Oberman
*General Property Manager*
Joseph Gaba
*Senior Assistant Manager*
Mariya Alfiarovich
*Assistant Manager*

December 17, 2021

**BY ELECTRONIC MAIL**
**JVAYNSH1@YAHOO.COM**
Mr. Jacob Vaynshteyn
232 Corbin Place
Brooklyn, NY 11235

              Re:    Trump Village West
                       2944 West 5th Street, Unit 19B
                       Brooklyn, New York 11224

Dear Mr. Jacob Vaynshtein,

      This letter is to advise you, that after careful consideration, the Board of Directors of Trump Village Section 4, Inc has **denied** the application for the transfer of shares for the above referenced apartment. It is your responsibility to notify your attorney and the other parties to the proposed transaction of the Board's decision.

Sincerely,

Igor Oberman / General Manager
TRUMP VILLAGE WEST

cc: Board of Directors

2928 West 5TH Street, Brooklyn, New York 11224
Tel: 718.946.4800 | Email: info@trump4west.com
www.trump4west.com