# EXHIBIT F

Case 1-26-40722-ess    Doc 23-6    Filed 07/31/26    Entered 07/31/26 11:53:01

## NOTICE OF TERMINATION

TO:    Jacob Vaynshteyn as Executor of the Estate of Anna Vaynshteyn
       2944 West 5th Street, Apt.19-B
       Brooklyn, New York 11224

                                        Undertenant:
                                        Jacob Vaynshteyn
                                        "John Doe* and Jane Doe*"
                                        *Names of Tenant and/or Undertenant being fictitious and
                                        unknown to the landlord or the person intended to be in
                                        possession of the premises herein described.

**PLEASE TAKE NOTICE** that you are in default of the proprietary lease of cooperative apartment 19-B located at 2944 West 5th Street, Brooklyn, New York and the lease is hereby terminated effective April 12, 2023 which is at least ten (10) days from the date of this notice.

The following is a list of the conditions which have created the default and of the provisions of the lease which apply:

1.     You, as executor, have sublet the apartment without the permission of the landlord and without first obtaining the prior written consent of the landlord. This violates the laws of the State of New York and the proprietary lease dated September 26, 2007, paragraphs 3i.

2.     You sought permission from the cooperative to transfer the apartment into your name and the cooperative denied your request. Nevertheless you have moved into and occupy the apartment without the cooperative approving a sublet request or a transfer of the apartment to yourself.

This notice is given you pursuant to the provisions of the proprietary lease of the above stated cooperative apartment dated September 26, 2007.

**PLEASE TAKE FURTHER NOTICE** that you are required to up and quit the premises and to remove yourself and your possessions on or before the above-mentioned effective date of cancellation. If you fail to do so, the landlord will commence a summary proceeding to have you evicted, and will claim, pursuant to the lease, the reasonable costs of regaining possession and the attorneys' fees for such proceeding.

Dated: Brooklyn, New York
       March 27, 2023

                                        Trump Village Section 4 Inc., Landlord

                                        By: Igor Oberman, Assistant Secretary

HERTZ, CHERSON & ROSENTHAL, P.C.
Attorneys for Landlord
118-35 Queens Blvd., Ninth Floor
Forest Hills, New York 11375
TRUMP-02/19-B(MCR)