# EXHIBIT G

TRUMP-02-19-B, 4/13/2023

## CIVIL COURT OF THE CITY OF NEW YORK
## COUNTY OF KINGS: Housing Part

_____

TRUMP VILLAGE SECTION 4, INC.

                                    Petitioner(s)-Landlord(s),               Index No. L&T

                          **Notice of Holdover**
       -against-                          **Petition - DWELLING**

JACOB VAYNSHTEYN AS EXECUTOR
OF THE ESTATE OF ANNA VAYNSHTEYN

                            Respondent(s)-Tenant(s)       Petitioner Business Address:
                            Address:

2944 WEST 5TH STREET                             2928 WEST 5TH STREET
Apt. 19-B                                          BROOKLYN, NY 11224
BROOKLYN, NY 11224

JACOB VAYNSHTEYN
'JOHN DOE'; 'JANE DOE'

                           Respondent(s)-Undertenant(s)

_____

## The landlord is suing you for eviction.

1. The landlord has started a holdover eviction case against you. That means the landlord says you should be evicted for a reason other than not paying the maintenance. The landlord's reasons are given in the attached Petition.

2. The landlord is asking this Court for:
   - permission to evict you from the premises at

   **Apt. 19-B LOCATED AT 2944 WEST 5TH STREET, BROOKLYN, NY 11224**

   - and a money judgment for **$1,008.61,** plus interest from **4/1/2023**.

3. You must come to the Civil Court:
   Date: August 16, 2023     Time: 11:30am
   Address: 141 LIVINGSTON STREET
                BROOKLYN, NY 11201
   Room/Part: ___503___ / ___T___

   *Warning!* If you don't come to court at this date and time, a judgment may be entered against you. If that happens, the landlord will have the right to evict you. You have a right to postpone the case for 14 days, but you have to come to court to ask for that.

4. In court, you may tell the judge the legal reasons that you should be allowed to stay in your home. The legal reasons are called defenses. You can also say any claims you have against the landlord. You will have to prove your defenses and claims in court. You can also give your Answer in writing.

TRUMP-02-19-B, 4/13/2023

Information to help you Answer the Petition is available online at nycourts.gov/housingnyc.

*Important!* If you don't tell the Clerk about a defense in your Answer you might not be able to talk about it later in this case or any other case.

1. If your name is not on this Notice but you live in the home listed above, you have a right to come to Court on the court date and tell the judge the legal reasons that you should be allowed to stay in the home.

2. **Available Resources**:
   - **Legal Help**: Under New York City law, you may be able to get a free lawyer to represent you in this case. Call 718-557-1379 or go to nycourts.gov/nyc-freelawyer for information about getting free legal help. If you have money to hire a lawyer, you can contact the New York City Bar Legal Referral Service at 212-626-7373.
   - **Language Help**: If you don't speak English well or are deaf or hard of hearing, you have a right to a free interpreter. Tell the Court Clerk you need an interpreter or call 646-386-5670. To read a translation of this Notice in another language visit:

---

**646-386-5750**: Informations concernant les expulsions • বহিষ্কার তথ্য • 驱离租屋相关信息 迫遷相關資訊 • Информация о выселении • معلومات بشأن حالات الطرد بے دخلیوں کی معلومات • Enfòmasyon Konsènan Degèpisman • información sobre desalojos

---

nycourts.gov/housingnyc. For information on evictions:

   - **ADA Help**: If you need a special accommodation to use the court because of a disability, call 646-386-5300 or 711 (TTY) or tell a Court Clerk.
   - **Financial Help**: If you owe the rent and don't have the money, contact HRA's Infoline at 718- 557-1399 for more information about getting help to pay the rent.
   - **Help at the Courthouse**: There is a Help Center in the courthouse where you can speak to a Court Attorney or a Volunteer Lawyer.
   - **Online Help**: Visit the Housing Court's website at: nycourts.gov/housingnyc (also available in Spanish and Chinese) or visit LawHelpNY at: lawhelpny.org.

---

**Postponements and Rent Deposits.** In court, you can ask to postpone your case. You have a right to postpone the case for at least 14 days. If your case is not finished in 60 days or you ask to postpone the case again, the court can order you to deposit money in court or make a rent payment to the landlord. If you don't do this, your case may go to trial right away. RPAPL Sec. 745.

**After Judgment.** If the court orders a judgment against you after a trial, the court may give you time to move. After that time is up, you will get a Notice of Eviction from a Marshal giving you at least 14 days to leave. If you don't leave, you will be evicted by the Marshal. RPAPL Sec. 749(2).

---

TRUMP-02-19-B, 4/13/2023

City of New York, County of KINGS

Dated: 4/13/2023

Clerk of the Civil Court of the City of New York: Alia Razzaq

Petitioner or Attorney for Petitioner:     Hertz, Cherson & Rosenthal, PC

Address:     118-35 Queens Blvd., Ninth Fl.
Forest HillsNY11375

Telephone No.     718-269-7765

E-mail: THEFIRM@RHCRLAW.COM

Additional Mailing Address', if any:

TRUMP-02-19-B, 4/13/2023

CIVIL COURT OF THE CITY OF NEW YORK

COUNTY OF KINGS: Housing Part

---------------------------------------------------------x

TRUMP VILLAGE SECTION 4, INC.


Plaintiff/Petitioner,

- against -                                                      Index No.

JACOB VAYNSHTEYN AS EXECUTOR OF THE ESTATE OF ANNA VAYNSHTEYN

Respondent(s)-Tenant(s),

JACOB VAYNSHTEYN
'JOHN DOE'; 'JANE DOE'

Respondent(s)-(Undertenant(s))

---------------------------------------------------------x

## NOTICE OF ELECTRONIC FILING
### (Consensual Case)
### (Uniform Rule § 208.4-a)

**You have received this Notice because:**

- The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts e-filing system, and

- You are a Defendant/Respondent (a party) in this case.

<u>If you are represented by an attorney</u>: give this Notice to your attorney (Attorneys: see "Information for Attorneys" pg. 2).

<u>If you are not represented by an attorney</u>: **you are not required to e-file. You may serve and file documents in paper form and you must be served with documents in paper form. However, as a party without an attorney, you may participate in e-filing.**

### Benefits of E-Filing

**You can:**

- serve and file your documents electronically

- view your case file on-line

- limit your number of trips to the courthouse

- pay any court fees on-line.

There are no additional fees to file, view, or print your case records.

To sign up for e-filing or for more information about how e-filing works, you may:

- visit: www.nycourts.gov/efile-unrepresented or

- go to the Help Center or Clerk's Office at the court where the case was filed. To find legal information to help you represent yourself visit www.nycourthelp.gov

Page 1 of 2                                                         EFCIV-3

TRUMP-02-19-B, 4/13/2023

## Information for Attorneys

An attorney representing a party who is served with this notice must either consent or decline consent to electronic filing and service through NYSCEF for this case.

Attorneys registered with NYSCEF may record their consent electronically in the manner provided at the NYSCEF site. Attorneys not registered with NYSCEF but intending to participate in e-filing must first create a NYSCEF account and obtain a user ID and password prior to recording their consent by going to www.nycourts.gov/efile.

Attorneys declining to consent must file with the court and serve on all parties of record a declination of consent.

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center
(phone: 646-386-3033; e-mail: nyscef@nycourts.gov).

Dated: 4/13/2023

MICHAEL C. ROSENTHAL, ESQ.
Hertz, Cherson & Rosenthal, PC
Attorneys at Law
118-35 Queens Blvd., Ninth Fl.
Forest Hills, NY 11375
718-269-7765
THEFIRM@RHCRLAW.COM


To:     JACOB VAYNSHTEYN AS EXECUTOR
        OF THE ESTATE OF ANNA VAYNSHTEYN
        JACOB VAYNSHTEYN; 'JOHN DOE'; 'JANE DOE'

        2944 WEST 5TH STREET
        Apt. 19-B
        BROOKLYN, NY 11224


                                        7/19/19


Index #                         Page 2 of 2
                                EFCIV-3

TRUMP-02-19-B, 4/13/2023

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS: Housing Part

---

TRUMP VILLAGE SECTION 4, INC.

                          Petitioner(s)-Landlord(s),

                                    Index No. L&T

-against-

                                  **Petition Holdover**
                                  **DWELLING**

JACOB VAYNSHTEYN AS EXECUTOR
OF THE ESTATE OF ANNA VAYNSHTEYN

                Respondent(s)-Tenant(s),       Petitioner Business Address:
                Address:

2944 WEST 5TH STREET
Apt. 19-B
BROOKLYN, NY 11224

                                      2928 WEST 5TH STREET
                                      BROOKLYN, NY 11224

JACOB VAYNSHTEYN
'JOHN DOE'; 'JANE DOE'

               Respondent(s)-Undertenant(s)

---

THE HOLDOVER PETITION OF TRUMP VILLAGE SECTION 4, INC., A Corporation
alleges, upon information and belief:

1. Petitioner is the landlord of the premises.
2. Respondent JACOB VAYNSHTEYN AS EXECUTOR OF THE ESTATE OF ANNA VAYNSHTEYN is the person in possession of said premises.
3. Respondents JACOB VAYNSHTEYN; 'JOHN DOE' and 'JANE DOE' are the undertenants of the aforesaid respondent.
4. The premises for which removal is sought are used for DWELLING purposes and are described as follows: Apt. 19-B in building known as 2944 WEST 5TH STREET, BROOKLYN, NY 11224, situated within the territorial jurisdiction of the Civil Court of The City of New York County of KINGS.
5. The term for which said premises were occupied by the respondent expired on 4/12/2023 and the respondent continues in possession of the premises without permission of the petitioner and/or landlord, after expiration of said term.
6. The apartment is not subject to the NYC Emergency Housing Rent Law or the Rent Stabilization Law of 1969 as amended, because it is in a building owned and operated by a co-operative corporation.
7. Prior to initiation of this proceeding Petitioner served upon Respondent notice terminating the tenancy (a copy of which is annexed hereto along with the affidavits of service & made a part of these pleadings, required under said lease agreement-if any). Said notice advised Respondent if they did not vacate timely that a summary proceeding for holding over would be initiated & more specifically recites the grounds of this proceeding.

TRUMP-02-19-B, 4/13/2023

8. The premises are a multiple dwelling and pursuant to the Housing Maintenance Code Article 41 there is a currently effective registration statement on file with the Office of Code Enforcement which designates the managing agent named below, a natural person over 21 years of age, to be in control of and responsible for maintenance and operation of the dwelling.

*Agent:* IGOR OBERMAN                                 Multiple Dwelling No. 373667
        2928 WEST 5TH STREET
        BROOKLYN, NY 11224

9. The Petitioner is entitled to the fair value of use and occupancy at $1,008.61 per month from 4/1/2023 to 4/30/2023 totaling $1,008.61 with interest from 4/1/2023 for an amount to be set by the Court as well as future use and occupancy.

WHEREFORE Petitioner requests a final judgment against respondent for possession, awarding possession of the premises to petitioner landlord, and directing the issuance of a warrant to remove respondent from possession of the premises together with costs and disbursements of this proceeding, as well as judgment for rent arrears and/or use and occupancy against respondent and use and occupancy to be set.
Dated: April 13, 2023          Petitioner TRUMP VILLAGE SECTION 4, INC.

STATE OF NEW YORK, COUNTY OF QUEENS. The Undersigned affirms under penalty of perjury that she/he is one of the attorneys for petitioner, that she/he has read the foregoing petition and knows the contents thereof: that the same are true to her/his own knowledge except as to matters stated to be upon information and belief: and as to those matters he believes them to be true. The grounds of his belief as to matters not stated upon her/his knowledge are statements and/or records provided by the petitioner, its agents and/or employees and contained in the file in the attorney office. This verification is made pursuant to the provisions of RPAPL 741.

Dated: April 13, 2023                    _____
Forest Hills, NY                          MICHAEL C. ROSENTHAL

Hertz, Cherson & Rosenthal, PC
Attorney for Petitioner
118-35 Queens Blvd., Ninth Fl.
Forest Hills, NY 11375
718-269-7765
THEFIRM@RHCRLAW.COM

Case 1-26-40732-ess    Doc 23-7    Filed 07/31/26    Entered 07/31/26 11:53:01

# NOTICE OF TERMINATION

**TO:**   Jacob Vaynshteyn as Executor of the Estate of Anna Vaynshteyn
2944 West 5th Street, Apt.19-B
Brooklyn, New York 11224

Undertenant:
Jacob Vaynshteyn
"John Doe* and Jane Doe*"
*Names of Tenant and/or Undertenant being fictitious and
unknown to the landlord or the person intended to be in
possession of the premises herein described.

**PLEASE TAKE NOTICE** that you are in default of the proprietary lease of cooperative apartment 19-B located at 2944 West 5th Street, Brooklyn, New York and the lease is hereby terminated effective April 12, 2023 which is at least ten (10) days from the date of this notice.

The following is a list of the conditions which have created the default and of the provisions of the lease which apply:

1.   You, as executor, have sublet the apartment without the permission of the landlord and without first obtaining the prior written consent of the landlord. This violates the laws of the State of New York and the proprietary lease dated September 26, 2007, paragraphs 3i.

2.   You sought permission from the cooperative to transfer the apartment into your name and the cooperative denied your request. Nevertheless you have moved into and occupy the apartment without the cooperative approving a sublet request or a transfer of the apartment to yourself.

This notice is given you pursuant to the provisions of the proprietary lease of the above stated cooperative apartment dated September 26, 2007.

**PLEASE TAKE FURTHER NOTICE** that you are required to up and quit the premises and to remove yourself and your possessions on or before the above-mentioned effective date of cancellation. If you fail to do so, the landlord will commence a summary proceeding to have you evicted, and will claim, pursuant to the lease, the reasonable costs of regaining possession and the attorneys' fees for such proceeding.

Dated: Brooklyn, New York
March 27, 2023

Trump Village Section 4 Inc., Landlord

By: Igor Oberman, Assistant Secretary

HERTZ, CHERSON & ROSENTHAL, P.C.
Attorneys for Landlord
118-35 Queens Blvd., Ninth Floor
Forest Hills, New York 11375
TRUMP-02/19-B(MCR)

Index No. LT-311758-23/KI [HO]

Case 1-26-40732-ess   Doc 23-7   Filed 07/31/26   Entered 07/31/26 11:53:01

STATE OF NEW YORK                           **AFFIDAVIT OF SUBSTITUTE SERVICE**
COUNTY OF KINGS
                                                 **NOTICE OF TERMINATION**

 

       **TRUMP VILLAGE SECTION 4 INC.**          **L&T INDEX NUMBER -**
           Petitioner

         -against-                       **Lawfirm File #: TRUMP-02/19-B**
                                           **Client: Hertz, Cherson & Rosenthal**
**JACOB VAYNSHTEYN AS EXECUTOR OF THE ESTATE**
**OF ANNA VAYNSHTEYN & JACOB VAYNSHTEYN &**
**JOHN DOE & JANE DOE**
**2944 WEST 5TH STREET, APT. 19-B**
**BROOKLYN , NY 11224**
        Respondent

ROBERT CARLTON POLLARD, BEING DULY SWORN DEPOSES AND SAYS AS FOLLOWS:

THAT I AM NOT A PARTY TO THE WITHIN ACTION; AM A LICENSED PROCESS SERVER OVER 18 YEARS
OF AGE AND RESIDE IN COUNTY, NEW YORK.

DEPONENT SERVED: **JACOB VAYNSHTEYN AS EXECUTOR OF THE ESTATE OF ANNA VAYNSHTEYN**
TENANTS(S) / OCCUPANT(S) BY SUBSTITUTE DELIVERY
AT **2944 WEST 5TH STREET, APT. 19-B BROOKLYN , NY 11224**

ON **03/28/2023** AT **03:01 PM** DEPONENT SERVED THE ATTACHED **NOTICE OF TERMINATION**

DEPONENT WAS ABLE TO FIND A PERSON OF SUITABLE AGE AND DISCRETION WHO RESIDES / WORKS
AT SAID PROPERTY AND WAS WILLING TO RECEIVE THE SAME AT THIS TIME

DEPONENT DESCRIBES THE INDIVIDUAL AS FOLLOWS:

| | | |
|---|---|---|
| SEX: **MALE** | SKIN COLOR: **WHITE** | HAIR COLOR: **GRAY** |
| AGE: **50 - 64 yrs** | HEIGHT: **5'9" - 6'0** | WEIGHT: **160 - 199 lbs** |

NAME OF THE SAID INDIVIDUAL SERVED: **JOHN DOE**

SERVICE ON THE RESPONDENTS WAS COMPLETED ON **03/29/2023** WHEN DEPONENT CAUSED TRUE COPIES
OF THE WITHIN **NOTICE OF TERMINATION** TO BE FORWARDED TO THE RESPONDENT AT THE PREMISES,
BY CERTIFIED MAIL AND BY FIRST CLASS MAIL, BY GIVING THE SAME IN POSTPAID PROPERLY
ADDRESSED ENVELOPES TO A POSTAL EMPLOYEE AT THE UNITED STATES POST OFFICE IN THE STATE
OF NEW YORK, FOR PROCESSING UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES
POSTAL SERVICE.

SWORN BEFORE ME ON: **03/29/2023**

X_____
Robert Carlton Pollard - Process Server License No: 2110616
**City Process Servers – Agency License No: 1470749**

NAOMI TAMAR ROSENBLATT
NOTARY PUBLIC State of New York
No.01RO6340662
Qualified in Nassau County
Commission Expires April 18, 2024

4 of 9

Case 1-26-40732-ess   Doc 23-7   Filed 07/31/26   Entered 07/31/26 11:53:01

STATE OF NEW YORK                                    **AFFIDAVIT OF SUBSTITUTE SERVICE**
COUNTY OF KINGS
                                                         **NOTICE OF TERMINATION**

### TRUMP VILLAGE SECTION 4 INC.                       **L&T INDEX NUMBER -**
Petitioner

-against-                                Lawfirm File #: **TRUMP-02/19-B**
                                                Client: **Hertz, Cherson & Rosenthal**
**JACOB VAYNSHTEYN AS EXECUTOR OF THE ESTATE
OF ANNA VAYNSHTEYN & JACOB VAYNSHTEYN &
JOHN DOE & JANE DOE
2944 WEST 5TH STREET, APT. 19-B
BROOKLYN , NY 11224**
Respondent

ROBERT CARLTON POLLARD, BEING DULY SWORN DEPOSES AND SAYS AS FOLLOWS:

THAT I AM NOT A PARTY TO THE WITHIN ACTION; AM A LICENSED PROCESS SERVER OVER 18 YEARS
OF AGE AND RESIDE IN COUNTY, NEW YORK.

DEPONENT SERVED: **JACOB VAYNSHTEYN** TENANTS(S) / OCCUPANT(S) BY SUBSTITUTE DELIVERY
AT **2944 WEST 5TH STREET, APT. 19-B BROOKLYN , NY 11224**

ON **03/28/2023** AT **03:01 PM** DEPONENT SERVED THE ATTACHED **NOTICE OF TERMINATION**

DEPONENT WAS ABLE TO FIND A PERSON OF SUITABLE AGE AND DISCRETION WHO RESIDES / WORKS
AT SAID PROPERTY AND WAS WILLING TO RECEIVE THE SAME AT THIS TIME

DEPONENT DESCRIBES THE INDIVIDUAL AS FOLLOWS:
SEX: **MALE**                    SKIN COLOR: **WHITE**            HAIR COLOR: **GRAY**
AGE: **50 - 64 yrs**             HEIGHT: **5'9" - 6'0**           WEIGHT: **160 - 199 lbs**

NAME OF THE SAID INDIVIDUAL SERVED: **JOHN DOE**

SERVICE ON THE RESPONDENTS WAS COMPLETED ON **03/29/2023** WHEN DEPONENT CAUSED TRUE COPIES
OF THE WITHIN **NOTICE OF TERMINATION** TO BE FORWARDED TO THE RESPONDENT AT THE PREMISES,
BY CERTIFIED MAIL AND BY FIRST CLASS MAIL, BY GIVING THE SAME IN POSTPAID PROPERLY
ADDRESSED ENVELOPES TO A POSTAL EMPLOYEE AT THE UNITED STATES POST OFFICE IN THE STATE
OF NEW YORK, FOR PROCESSING UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES
POSTAL SERVICE.

SWORN BEFORE ME ON: **03/29/2023**

X_____
Robert Carlton Pollard - Process Server License No: 2110616
City Process Servers – Agency License No: 1470749

NAOMI TAMAR ROSENBLATT
NOTARY PUBLIC State of New York
No.01RO6340662
Qualified in Nassau County
Commission Expires April 18, 2024

STATE OF NEW YORK
COUNTY OF KINGS

AFFIDAVIT OF SUBSTITUTE SERVICE

NOTICE OF TERMINATION

L&T INDEX NUMBER -

**TRUMP VILLAGE SECTION 4 INC.**
Petitioner

-against-

JACOB VAYNSHTEYN AS EXECUTOR OF THE ESTATE
OF ANNA VAYNSHTEYN & JACOB VAYNSHTEYN &
JOHN DOE & JANE DOE
**2944 WEST 5TH STREET, APT. 19-B
BROOKLYN , NY 11224**
Respondent

Lawfirm File #: TRUMP-02/19-B
Client: Hertz, Cherson & Rosenthal

ROBERT CARLTON POLLARD, BEING DULY SWORN DEPOSES AND SAYS AS FOLLOWS:

THAT I AM NOT A PARTY TO THE WITHIN ACTION; AM A LICENSED PROCESS SERVER OVER 18 YEARS
OF AGE AND RESIDE IN COUNTY, NEW YORK.

DEPONENT SERVED: **JOHN DOE** TENANTS(S) / OCCUPANT(S) BY SUBSTITUTE DELIVERY
AT **2944 WEST 5TH STREET, APT. 19-B BROOKLYN , NY 11224**

ON **03/28/2023** AT **03:01 PM** DEPONENT SERVED THE ATTACHED **NOTICE OF TERMINATION**

DEPONENT WAS ABLE TO FIND A PERSON OF SUITABLE AGE AND DISCRETION WHO RESIDES / WORKS
AT SAID PROPERTY AND WAS WILLING TO RECEIVE THE SAME AT THIS TIME

DEPONENT DESCRIBES THE INDIVIDUAL AS FOLLOWS:
SEX: **MALE**                SKIN COLOR: **WHITE**        HAIR COLOR: **GRAY**
AGE: **50 - 64 yrs**         HEIGHT: **5'9" - 6'0**       WEIGHT: **160 - 199 lbs**

NAME OF THE SAID INDIVIDUAL SERVED: **JOHN DOE**

SERVICE ON THE RESPONDENTS WAS COMPLETED ON **03/29/2023** WHEN DEPONENT CAUSED TRUE COPIES
OF THE WITHIN **NOTICE OF TERMINATION** TO BE FORWARDED TO THE RESPONDENT AT THE PREMISES,
BY CERTIFIED MAIL AND BY FIRST CLASS MAIL, BY GIVING THE SAME IN POSTPAID PROPERLY
ADDRESSED ENVELOPES TO A POSTAL EMPLOYEE AT THE UNITED STATES POST OFFICE IN THE STATE
OF NEW YORK, FOR PROCESSING UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES
POSTAL SERVICE.

SWORN BEFORE ME ON: **03/29/2023**

X _____
Robert Carlton Pollard - Process Server License No: 2110616
City Process Servers – Agency License No: 1470749

NAOMI TAMAR ROSENBLATT
NOTARY PUBLIC State of New York
No.01RO6340662
Qualified in Nassau County
Commission Expires April 18, 2024

STATE OF NEW YORK
COUNTY OF KINGS

**AFFIDAVIT OF SUBSTITUTE SERVICE**

**NOTICE OF TERMINATION**

---

**TRUMP VILLAGE SECTION 4 INC.**
Petitioner

-against-

**JACOB VAYNSHTEYN AS EXECUTOR OF THE ESTATE
OF ANNA VAYNSHTEYN & JACOB VAYNSHTEYN &
JOHN DOE & JANE DOE
2944 WEST 5TH STREET, APT. 19-B
BROOKLYN , NY 11224**
Respondent

**L&T INDEX NUMBER -**

**Lawfirm File #: TRUMP-02/19-B**
**Client: Hertz, Cherson & Rosenthal**

---

ROBERT CARLTON POLLARD, BEING DULY SWORN DEPOSES AND SAYS AS FOLLOWS:

THAT I AM NOT A PARTY TO THE WITHIN ACTION; AM A LICENSED PROCESS SERVER OVER 18 YEARS OF AGE AND RESIDE IN COUNTY, NEW YORK.

DEPONENT SERVED: **JANE DOE** TENANTS(S) / OCCUPANT(S) BY SUBSTITUTE DELIVERY AT **2944 WEST 5TH STREET, APT. 19-B BROOKLYN , NY 11224**

ON **03/28/2023** AT **03:01 PM** DEPONENT SERVED THE ATTACHED **NOTICE OF TERMINATION**

DEPONENT WAS ABLE TO FIND A PERSON OF SUITABLE AGE AND DISCRETION WHO RESIDES / WORKS AT SAID PROPERTY AND WAS WILLING TO RECEIVE THE SAME AT THIS TIME

DEPONENT DESCRIBES THE INDIVIDUAL AS FOLLOWS:
| | | |
|---|---|---|
| SEX: **MALE** | SKIN COLOR: **WHITE** | HAIR COLOR: **GRAY** |
| AGE: **50 - 64 yrs** | HEIGHT: **5'9" - 6'0** | WEIGHT: **160 - 199 lbs** |

NAME OF THE SAID INDIVIDUAL SERVED: **JOHN DOE**

SERVICE ON THE RESPONDENTS WAS COMPLETED ON **03/29/2023** WHEN DEPONENT CAUSED TRUE COPIES OF THE WITHIN **NOTICE OF TERMINATION** TO BE FORWARDED TO THE RESPONDENT AT THE PREMISES, BY CERTIFIED MAIL AND BY FIRST CLASS MAIL, BY GIVING THE SAME IN POSTPAID PROPERLY ADDRESSED ENVELOPES TO A POSTAL EMPLOYEE AT THE UNITED STATES POST OFFICE IN THE STATE OF NEW YORK, FOR PROCESSING UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POSTAL SERVICE.

SWORN BEFORE ME ON: **03/29/2023**

X_____
Robert Carlton Pollard - Process Server License No: 2110616
City Process Servers – Agency License No: 1470749

NAOMI TAMAR ROSENBLATT
NOTARY PUBLIC State of New York
No.01RO6340662
Qualified in Nassau County
Commission Expires April 18, 2024

Case 1-26-40732-ess    Doc 23-7    Filed 07/31/26    Entered 07/31/26 11:53:01

TRUMP-02-19-B, 4/13/2023

## NOTICE TO RESPONDENT TENANT

DURING THE CORONAVIRUS EMERGENCY, YOU MIGHT BE ENTITLED BY LAW TO SPECIAL DEFENSES AND PROTECTIONS RELATING TO EVICTIONS.

PLEASE CONTACT YOUR ATTORNEY IMMEDIATELY FOR MOREINFORMATION.

IF YOU DON'T HAVE AN ATTORNEY, PLEASE CALL

## 718-557-1379

OR VISIT

## www.nycourts.gov/evictions/nyc/

Case 1-26-40732-ess    Doc 23-7    Filed 07/31/26    Entered 07/31/26 11:53:01

TRUMP-02-19-B, 4/13/2023

## AVISO A INQUILINO DEMANDADO

DURANTE LA EMERGENCIA POR CORONA VIRUS, PUEDA QUE POR LEY USTED TENGA DERECHO A DEFENSAS Y PROTECCIONES ESPECIALES RELACIONADAS CON DESALOJOS.

POR FAVOR COMUNIQUESE CON SU ABOGADO INMEDIATAMENTE PARA OBTENER MAS INFORMACION.

SI NO TIENE ABOGADO, LLAME AL 718-557-1379

O VISITE

www.nycourts.gov/evictions/nyc/