# EXHIBIT H

**CIVIL COURT OF THE CITY OF NEW YORK** #3

County of Kings

Date: 3-11-2024          Part J

Index No. L&T: 311758-2023

Page 1 of 2

Hon. Remy Smith

Trump Village Sec. 4 Inc.

Petitioner(s),

against

Jacob Vaynshteyn as Executor of the Estate of Anna Vaynshteyn; Jacob Vaynshteyn; "John Doe" & "Jane Doe" (Severed)

Respondent(s),

## STIPULATION OF SETTLEMENT

*The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter.*

**Party (please print)**

| | Added/Amended or Deleted | Appearance | No Appearance | No Answer |
|---|---|---|---|---|
| Petitioner Trump Village Sec. 4 Inc. | | ✓ | | |
| Respondent 1 Jacob Vaynshteyn as Executor | | ✓ | | |
| Respondent 2 Jacob Vaynshteyn | | ✓ | | |
| Respondent 3 "John Doe" (Severed) | | | ✓ | ✓ |
| Resp "Jane Doe" (Severed) | | | ✓ | ✓ |

① Respondents, Jacob Vaynshteyn as Executor of the Estate of Anna Vaynshteyn and Jacob Vaynshteyn, ("Respondents") hereby appear in the above-captioned holdover-eviction proceeding and consent to the jurisdiction of this court.

② ~~Resp~~ Petitioner shall have a final judgment of possession against Respondents.

③ A warrant shall issue forthwith but execution shall be stayed for Respondents to: (a) Beginning April 2024 and continuing each month until the subject premises ("coop") is sold, pay ongoing maintenance charges as billed, ~~on~~ by the 5th day of each month.

(b) on or before April 30, 2024, list the ~~apartment~~ coop for sale with a licensed real estate broker and provide Petitioner with a copy of the listing agreement by email to blake.abrash@rhcrlaw.com, and maintain a listing until sold.

(c) on or before June 14, 2024, Respondents shall no longer reside at the premises and shall not permit any other person to reside at the premises.

(d) To confirm Respondents' compliance with para. 3(c), Respondents shall provide access to the premises at a walkthrough inspection to be ~~scheduled~~ held on June 17, 2024 at 10AM. At the time of the inspection, Respondents or their designated agents shall permit access to all rooms and closets to Petitioner or Petitioner's agents or employees to confirm that no one is residing at the premises. Further inspections to be arranged by the parties as needed.

CIV-LT-30 page 1 (Revised 4/07)

Case 1-26-40732 css    Doc 23 8    Filed 07/31/26    Entered 07/31/26 11:53:01

**CIVIL COURT OF THE CITY OF NEW YORK**

County of Kings

Date 3-11-2024    Part J    #3

Index No. L&T: 511758-2023

Page 2 of 2

Hon. Smith

Trump Village Sec. 4 Inc.

Petitioner(s),

against

Jacob Vaynshteyn as Executor of the Estate of Anna Vaynshteyn; Jacob Vaynshteyn;

Respondent(s)

"John Doe" (severed) "Jane Doe" (severed)

**STIPULATION OF SETTLEMENT**

*The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter.*

SO ORDERED

Hon. Remy Smith
Judge, Housing Court

| Party (please print) | Added/Amended or Deleted | Appearance | No Appearance | No Answer |
|---|---|---|---|---|
| Petitioner Trump Village Sec. 4 Inc. | | ✓ | | |
| Respondent 1 Jacob Vaynshteyn as Executor | | ✓ | | |
| Respondent 2 Jacob Vaynshteyn | | ✓ | | |
| Respondent 3 John Doe (severed) | | | ✓ | ✓ |
| Resp 4 Jane Doe (severed) | | | ✓ | ✓ |

(e) cooperate in good faith with brokers efforts to sell coop

(4) Respondents acknowledge owing a balance of $12,854.61 in outstanding maintenance and additional maintenance through March 2024, which sum shall be paid to Petitioner upon Respondents' sale of the coop, together with any additional charges that may be due to Petitioner under the terms of the parties' proprietary lease and Petitioner's governing documents.

(5) If Respondents effectuates a sale of the Premises utilizing the services of any of the following brokers/salespeople, Petitioner agrees to give Respondents a credit of $3,000.00 towards Respondents' closing costs: (a) Gary Melamed; (b) Olga Moldavsky; (c) Sal Raziano. (5.5) & Petitioner shall open portal for Respondent to pay online.

(6) Non-appearing Respondents "John Doe" and "Jane Doe" are hereby severed from this proceeding based upon Respondents' representation that no adults are residing at the Premises other than Jacob Vaynshteyn.

(7) Upon default, warrant to execute after service of Marshal's Notice. and 5 day email notice to respondent

(8) Earliest execution date shall be April 8, 2024.

(9) upon removal of AC units in accordance with Petitioner's rules, Petitioner shall no longer bill Resp. for A/c charges

Blake Abrash Hertz Cherson Rosenthal, P.C.
Attys for Petitioner

Jacob Vaynshteyn as Executor, Respondent

Jacob Vaynshteyn, individually Respondent Jvaynsh1@proton mail.com

V-LT-30 page 1(Revised 4/07)

2 of 2