# EXHIBIT I

Case 1-26-40732-ess   Doc 23-9   Filed 07/31/26   Entered 07/31/26 11:53:01

## Kings County Civil Court
## Landlord and Tenant Judgment

Petitioner(s):
  TRUMP VILLAGE SECTION 4, INC.

vs.

Respondent(s):
  Jacob Vaynshteyn AS EXECUTOR OF THE ESTATE OF
ANNA VAYNSHTEYN;
  Jacob Vaynshteyn;
  "John" "Doe";
  "Jane" "Doe"

**Index Number: LT-311758-23/KI**

A Notice of Petition and Holdover Petition duly verified and
proof of service having been filed with this court and the
issue having been settled between the parties, a final order
is made, Per Stipulation of Parties in favor of Petitioner:
TRUMP VILLAGE SECTION 4, INC..

On Motion of:    Hertz, Cherson & Rosenthal, PC
                 118-35 Queens Blvd, 9th Floor, Forest Hills, NY 11375

### IT IS ADJUDGED:

That possession of the premises, described in the petition located at 2944 West 5th Street, Apt. 19-B, Brooklyn, NY 11224-,
be awarded to the petitioner(s).

Post-judgment interest shall be 9% pursuant to NY CPLR §5004(a), except where otherwise provided by statute.

Petitioner creditor(s) and address(es):
(1) TRUMP VILLAGE SECTION 4, INC., at 2928 West 5th Street, Brooklyn, NY 11224

Respondent debtor(s) and address(es):
(1) Jacob Vaynshteyn AS EXECUTOR OF THE ESTATE OF ANNA VAYNSHTEYN, at 2944 West 5th Street, Apt. 19-B,
Brooklyn, NY 11224
(2) Jacob Vaynshteyn, at 2944 West 5th Street, Apt. 19-B, Brooklyn, NY 11224

### IT IS FURTHER ORDERED:

That a warrant of eviction shall issue removing Jacob Vaynshteyn AS EXECUTOR OF THE ESTATE OF ANNA
VAYNSHTEYN and Jacob Vaynshteyn from the described premises. The execution of the warrant is stayed per
Stipulation/Order. The earliest date upon which execution may occur is 04/08/2024.

Date of Decision: 03/11/2024

Honorable Remy Smith
Housing Court Judge

Judgment entered at Kings County Civil Court, 141 Livingston Street, Brooklyn, NY 11201, in the STATE OF NEW YORK in
the total amount of **$0.00 on 03/12/2024 at 09:18 AM.**

Judgment sequence 1

Alia Razzaq, Chief Clerk

Warrant issued to Marshal null on _____

Section 5020(c) of the Civil Practice Law and Rules requires that a satisfaction be filed with the clerk when the judgment is satisfied.
Failure to do so subjects the judgment creditor to penalties.