# EXHIBIT K



# GARY H. ROSE

Marshal
The City of New York
2426 Ralph Avenue
Brooklyn, NY 11234
Tel: (718) 645-2100
Badge # 81

DOCKET NO. _____ 33761 _____

L.P. _____

EVICTION _____

INDEX#: 311758/23

## MARSHAL'S INVENTORY

DATE _____ 12/16/25 _____

REMOVED FROM ___ 2944 WEST 5TH STREET ___    APT. # ___ 19-B ___

PERSON EVICTED ___ JACOB VAYNSHTEYN AS EXECUTOR OF the Estate of Anna Vaynshteyn
JACOB VAYNSHTEYN ___

MARSHAL'S SIGNATURE _____

LANDLORD'S SIGNATURE _____

TENANT'S SIGNATURE _____

| ITEM | CONDITION | QUANTITY | ITEM | CONDITION | QUANTITY | ITEM | CONDITION | QUANTITY |
|---|---|---|---|---|---|---|---|---|
| BABY CRIB | | 0 | LAMP. FLOOR | | 0 | CARTONS | G | 18 |
| DVDs/CDs | | 0 | LAMP. TABLE | | 0 | DISHES/GLASSWARE | | 0 |
| BED FRAME | | | LIVING ROOM CHAIRS | | 0 | TV STAND/CABINET | | |
| VCR PLAYER | | 0 | MATTRESS | | | WALL UNIT | G | 1 |
| BICYCLE | | 2 | DVD PLAYER | | 0 | COMPUTER/TABLET | | 0 |
| BOOK CASE | | 0 | MIRRORS | G | 1 | CELL PHONE | | |
| BOX SPRING | G | | NIGHT TABLES | | 0 | MICROWAVE | | |
| CABINETS | G | 8 | OCCASIONAL CHAIRS | | 0 | LAPTOP COMPUTER | | |
| HI FI SPEAKERS | | 0 | PICTURES | | | CURIO/CHINA CLOSET | | |
| CHEST | G | 250 | RADIO | G | 1 | BOOKS/RECORDS | | |
| CLOTHES CLOSET | | 0 | RECORD PLAYER | | 0 | TOYS | | |
| COFFEE TABLE | G | 1 | REFRIGERATOR | G | 1 | | G | 1 |
| COUCH | G | 1 | RUGS | G | | | G | 1 |
| DRESSER | | 0 | FUTON | | 0 | China Closet | G | 1 |
| END TABLES | G | 1 | SUITCASE | G | 2 | | | 0 |
| FAN | G | 200 | LCD/LED/OTHER | | 0 | HEATER | G | |
| GAME CONSOLE | | 0 | LCD/LED/OTHER | G | 0 | | | 0 |
| IRONING BOARD | | 0 | LCD/LED/OTHER | | 0 | VASE | G | 4 |
| KITCHEN CHAIRS | G | 1 | VACUUM CLEANER | G | 1 | | | 0 |
| KITCHEN TABLE | G | 1 | WASHING MACHINE | | 0 | | | |

**Condition Legend:** *BR-BROKEN, D-DAMAGED, S-SOILED, T-TORN, N-NEW, G-GOOD, W-WORN*

Name of Movers ___ DECORATIVE GLASSWARE/VASES ___

Address of Movers ___ ___ BICYCLE, 3D ___

Tel. # _____

# MARSHAL'S LEGAL POSSESSION

33761

## The Landlord has legal possession of these premises.

## For information,

## contact Landlord or Agent immediately.

Civil Court on the City of New York

County of KINGS

Index Number 311758/23    20

Landlord

TRUMP VILLAGE SECTION 4, INC.

– against –

JACOB VAYNSHTEYN AS EXECUTOR JACOB VAYNSHTEYN
2944 WEST 5TH STREET    Tenant    of the estate of Anna Vaynshteyn
APT#: 19-B
BROOKLYN    NY 11224 Address



**GARY H. ROSE**
**Marshal**
**The City of New York**
2426 Ralph Avenue
Brooklyn, NY 11234
Phone: 718.645.2100
Badge # 81

N. B. Any one who defaces this Legal Notice or cause same to be defaced in any way is guilty of a misdemeanor and will be punished to the full extent of the law.

12/16/25

CIVIL COURT OF THE CITY OF NEW YORK

COUNTY OF   KINGS

*TRIBUNAL CIVIL DE LA CIUDAD DE NEW YORK*

*CONDADO DE*   KINGS

**Petitioner**
*Landlord*

TRUMP VILLAGE SECTION 4, INC.

against

**Respondent**
*Tenant*

JACOB VAYNSHTEYN AS EXECUTOR OF *THE ESTATE OF*
2944 WEST 5TH STREET          *ANNA VAYNSHTEYN*
APT#: 19-B
BROOKLYN              NY   11224

**Respondent**
*Undertenant*



MARSHAL'S DOCKET NO.
33761

RESIDENTIAL

**City Marshal**
**GARY H. ROSE #81**
**2426 RALPH AVENUE**
**Brooklyn, NY 11234**
**Tel: 718.645.2100**

| **NOTICE OF EVICTION – 14 DAYS** | **NOTIFICACION DE DESALOJO – 14 DIAS** |
|---|---|

To the above tenant(s) and undertenant(s):

The Court has issued a warrant of eviction. If you do not vacate the location listed above within FOURTEEN DAYS after the date of this notice, YOU MAY BE EVICTED, WITHOUT FURTHER NOTICE ON THE FOLLOWING BUSINESS DAY or on any business day after. "Business Days" are Monday through Friday except legal holidays.

**HOW CAN I STOP THIS EVICTION?**

- The ONLY way you can stop this eviction is with a Court order prior to eviction that (1) temporarily stays your eviction, or (2) vacates a warrant for the non-payment of rent, after a deposit or payment with the Court of the full rent due.
- You may apply for such an order at the Civil Court, Landlord-Tenant part, in your borough. Contact Information for the Courts is available at the link below.
- If granted, a temporary stay will stop this eviction until the stay expires or is vacated by the Court.

**HOW CAN I BE EVICTED?**

- If you do nothing in response to this notice, you may be evicted without further notice.
- If a Court has already ordered that you be evicted if you fail to make a payment or comply with the Court's order by a certain date, your failure to pay or comply with the Court's order by that date may result in your eviction without further notice.

**HOW CAN I GET HELP?**

- New York City provides free legal services for tenants facing eviction. Call 718-557-1379 for information about how to access free legal assistance. Free interpretation services are available.
- If you are dependent upon a person in the military service of the United States, let the clerk of the Court know immediately in order to protect your rights. Contact information for the Clerk is available at the link below.
- The Department of Social Services may be able to help you with back payments or other assistance. Call 718-557-1399 or 311 for information. Free interpretation services are available.

A los inquilinos y subinquilinos citados arriba:

El tribunal ha emitido una orden de desalojo por la cual, de no desocupar el lugar indicado arriba dentro de CATORCE DÍAS después de la fecha de la presente notificación, PODRÍAN DESALOJARLO SIN PREVIO AVISO A PARTIR DEL DÍA HÁBIL SIGUIENTE, a contar de lunes a viernes excepto los días festivos oficiales.

**¿CÓMO DETENGO EL DESALOJO?**

- La ÚNICA forma es con un dictamen que emita el tribunal antes del desalojo (1) que lo suspenda temporalmente o (2) que desestime una orden judicial por impago o después de realizar depósito o saldar el alquiler ante el tribunal.
- Podrá solicitar dicho dictamen en la Sala de Asuntos entre Propietario e Inquilino en el tribunal civil de su municipio. Vea los datos de contacto de los tribunales en el enlace al pie de página.
- De ser concedido dicho dictamen, una suspensión temporera detendrá el desalojo hasta que venza o bien lo desestime el tribunal.

**¿CÓMO PODRÍAN DESALOJARME?**

- De hacer caso omiso a esta notificación, podrían desalojarlo sin previo aviso.
- Si el tribunal ya dictaminó que lo desalojen por impago o incumplimiento de dicha orden en fecha determinada, podrían desalojarlo sin previo aviso.

**¿DÓNDE CONSIGO AYUDA?**

- La ciudad ofrece servicios legales gratis a inquilinos con amenaza de desalojo. Llame al 718-557-1379 y averigüe cómo conseguirla. Se dispone de interpretación gratis.
- Si depende de alguien en el servicio militar de los Estados Unidos, proteja sus derechos al informárselo enseguida al secretario del tribunal, cuyos datos de contacto aparecen en el enlace al pie de página.
- El Departamento de Servicios Sociales (Department of Social Services) podría ayudarle con los pagos atrasados y demás asuntos. Infórmese por el 718-557-1399 o el 311. Se dispone de interpretación gratis.

**Date of Notice/Fechada†**

Monday        December   01, 2025
**Earliest Eviction Date/**
**Primera Fecha de Desalojo**   12/16/25

**More Information / Más información en**
nyc.gov/doi/evictions (212) 709-7900

驱逐通知 – 更多信息
Уведомление о выселении: дополнительная информация
উচ্ছেদের সমন – আরও তথ্যের জন্য
إشعار إخلاء – مزيد من المعلومات
انخلاء کا نوٹس – مزید معلومات

驅逐通知 – 更多資訊
Avi Konsènan Degèpisman: plis enfòmasyon
퇴거 통지 – 자세한 정보
Avis d'expulsion: plus d'informations
Powiadomienie o eksmisji: dodatkowe informacje

† The date of this notice shall be on or after the date the notice is served on respondent..

† La presente notificación está fechada a partir del día de entrega al demandado

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF     KINGS
*TRIBUNAL CIVIL DE LA CIUDAD DE NEW YORK*
*CONDADO DE*     KINGS

TRUMP VILLAGE SECTION 4, INC.

**against**

JACOB VAYNSHTEYN
2944 WEST 5TH STREET
APT#: 19-B
BROOKLYN                NY    11224

**Petitioner**
*Landlord*

**Respondent**
*Tenant*

**Respondent**
*Undertenant*

INDEX NO.
311758/23

MARSHAL'S DOCKET NO.
33761

RESIDENTIAL



**City Marshal**
**GARY H. ROSE #81**
**2426 RALPH AVENUE**
**Brooklyn, NY 11234**
**Tel: 718.645.2100**

---

## NOTICE OF EVICTION - 14 DAYS

To the above tenant(s) and undertenant(s):

The Court has issued a warrant of eviction. If you do not vacate the location listed above within FOURTEEN DAYS after the date of this notice, YOU MAY BE EVICTED, WITHOUT FURTHER NOTICE ON THE FOLLOWING BUSINESS DAY or on any business day after. "Business Days" are Monday through Friday except legal holidays.

### HOW CAN I STOP THIS EVICTION?

- The ONLY way you can stop this eviction is with a Court order prior to eviction that (1) temporarily stays your eviction, or (2) vacates a warrant for the non-payment of rent, after a deposit or payment with the Court of the full rent due.
- You may apply for such an order at the Civil Court, Landlord-Tenant part, in your borough. Contact information for the Courts is available at the link below.
- If granted, a temporary stay will stop this eviction until the stay expires or is vacated by the Court.

### HOW CAN I BE EVICTED?

- If you do nothing in response to this notice, you may be evicted without further notice.
- If a Court has already ordered that you be evicted if you fail to make a payment or comply with the Court's order by a certain date, your failure to pay or comply with the Court's order by that date may result in your eviction without further notice.

### HOW CAN I GET HELP?

- New York City provides free legal services for tenants facing eviction. Call 718-557-1379 for information about how to access free legal assistance. Free interpretation services are available.
- If you are dependent upon a person in the military service of the United States, let the clerk of the Court know immediately in order to protect your rights. Contact information for the Clerk is available at the link below.
- The Department of Social Services may be able to help you with back payments or other assistance. Call 718-557-1399 or 311 for information. Free interpretation services are available.

**Date of Notice/Fechada[†]**

Monday, December  01, 2025

**Earliest Eviction Date/
Primera Fecha de Desalojo** 12/16/25

## NOTIFICACION DE DESALOJO - 14 DIAS

A los inquilinos y subinquilinos citados arriba:

El tribunal ha emitido una orden de desalojo por la cual, de no desocupar el lugar indicado arriba dentro de CATORCE DÍAS después de la fecha de la presente notificación, PODRÍAN DESALOJARLO SIN PREVIO AVISO A PARTIR DEL DÍA HÁBIL SIGUIENTE, a contar de lunes a viernes excepto los días festivos oficiales.

### ¿CÓMO DETENGO EL DESALOJO?

- La ÚNICA forma es con un dictamen que emita el tribunal antes del desalojo (1) que lo suspenda temporalmente o (2) que desestime una orden judicial por impago o después de realizar depósito o saldar el alquiler ante el tribunal.
- Podrá solicitar dicho dictamen en la Sala de Asuntos entre Propietario e Inquilino en el tribunal civil de su municipio. Vea los datos de contacto de los tribunales en el enlace al pie de página.
- De ser concedido dicho dictamen, una suspensión temporera detendrá el desalojo hasta que venza o bien lo desestime el tribunal.

### ¿CÓMO PODRÍAN DESALOJARME?

- De hacer caso omiso a esta notificación, podrían desalojarlo sin previo aviso.
- Si el tribunal ya dictaminó que lo desalojen por impago o incumplimiento de dicha orden en fecha determinada, podrían desalojarlo sin previo aviso.

### ¿DÓNDE CONSIGO AYUDA?

- La ciudad ofrece servicios legales gratis a inquilinos con amenaza de desalojo. Llame al 718-557-1379 y averigüe cómo conseguirla. Se dispone de interpretación gratis.
- Si depende de alguien en el servicio militar de los Estados Unidos, proteja sus derechos al informárselo enseguida al secretario del tribunal, cuyos datos de contacto aparecen en el enlace al pie de página.
- El Departamento de Servicios Sociales (Department of Social Services) podría ayudarle con los pagos atrasados y demás asuntos. Infórmese por el 718-557-1399 o el 311. Se dispone de interpretación gratis.

**More Information / Más información en**
nyc.gov/doi/evictions (212) 709-7900

驱逐通知 - 更多信息
Уведомление о выселении: дополнительная информация
উচ্ছেদের সমন – আরও তথ্যের জন্য
إشعار إخلاء – مزيد من المعلومات
انخلاء کانوش – مزید معلومات

驅逐通知 - 更多資訊
Avi Konsènan Degèpisman: plis enfòmasyon
퇴거 통지 – 자세한 정보
Avis d'expulsion: plus d'informations
Powiadomienie o eksmisji: dodatkowe informacje

---

[†] The date of this notice shall be on or after the date the notice is served on respondent..

[†] La presente notificación está fechada a partir del día de entrega al demandado

2 of 2