# EXHIBIT N

At IAS Part _____ of the Supreme Court of the State of
New York held in and for the County of Kings at the
Courthouse thereof 360 Adams Street. Brooklyn. New
York. on the ___ day of _____ 20___

PRESENT HON _____

Justice of the Supreme Court

------------------------------------------------X

Jacob Vaynshteyn
Executor Estate of Anna Vaynshteyn  Index No. _GSO_25_

**[FILL IN NAME(S)]**   Plaintiff(s)/Petitioner(s)

-against-

Trump Village Section 4. Inc.,

**[FILL IN NAME(S)]**   Defendant(s)/Respondent(s)

------------------------------------------------X

**ORDER TO SHOW CAUSE
WITH T.R.O. IN CIVIL ACTION /
PROCEEDING**

Upon reading and filing the affidavit / petition of _Jacob Vaynshteyn_

_Executor Estate of Anna Vaynshteyn_ [YOUR NAME] sworn to /

verified on the _____ day of _____ 20___ [DATE THE AFFIDAVIT WAS SWORN TO

**BEFORE A NOTARY PUBLIC]**, and upon the exhibits attached to the affidavit. and **[LIST OTHER**

**SUPPORTING PAPERS. E.G., ADDITIONAL AFFIDAVITS. EXHIBITS]**

_Exhibits A -F_

Let the plaintiff(s) / petitioner(s) · defendant(s) (respondent(s)) [CIRCLE ONE] or

his/her/their attorney show cause at IAS PART _____ Room _____ of this Court. to be held at the

Courthouse, 360 Adams Street. Brooklyn N.Y . on the _____ day of _____ 20___ at

_____ o'clock in the _____ noon or as soon as counsel may be heard why an order should not be

made **[DESCRIBE WHAT YOU ARE ASKING THE COURT TO GRANT.]**

1. Compelling Trump Village Section 4, Inc. to immediately call a special meeting of the shareholders in accordance with the by-laws of the Corporation, as requested in the petition.

2. Directing Trump Village Section 4, Inc. to accept Petitioner's petition for the special meeting as required by the by-laws of the Corporation.

3. Granting such other and further relief as this Court may deem just and proper.

███████████████████████████████████████████

**Conflict and Harassment:**
There is an ongoing and escalating conflict between shareholders and the Board of Directors of Trump Village Section 4, Inc. Over the past several years, shareholders have faced repeated harassment, intimidation, and threats from the Board and management. Shareholders, including myself, have been subjected to forced silence, coercion, and systemic disregard for our concerns. These actions have severely affected the ability of shareholders to freely voice their opinions and engage in meaningful discussions or decision-making regarding the Corporation's operations.

**Impact on Corporate Governance:**
The repeated violations by the Board have caused a breakdown in corporate governance, undermining the integrity of the shareholder system and exacerbating the tension within the community. The inability of shareholders to participate in the decision-making process has caused significant harm, both legally and financially, as shareholders are effectively locked out of any meaningful role in the Corporation's operations.

███████████████████████████████████████████

Stop the abuse and harassment of shareholders, especially with regard to, but not limited to, using security guards and office resources as a tool of intimidation and mischief (e.g.: repeatedly attaching red seals to the door when the estate is in good standing; the glue tape residue ruins the paint surface, causing unnecessary damage)



Sufficient cause appearing therefor, let personal service of a copy of this order, and the papers upon which this order is granted, upon the plaintiff(s) / petitioner(s) / defendant(s) / respondent(s) on or before the _____ day of _____, 20___ be deemed good and sufficient. An affidavit or other proof of service shall be presented to this Court on the return date directed in the second paragraph of this order.

ENTER

_____
J S C