# EXHIBIT O

KINGS COUNTY CLERK
FILED

2026 MAR -2  A 10: 48

At an I.A.S. Trial Term, Part 92 of the Supreme Court of the State of New York, held in and for the County of Kings, at the Courthouse, located at Civic Center, Borough of Brooklyn, City and State of New York, on the 4th day of February 2026

P R E S E N T :

Hon. __Levine__
                        Justice

Jacob Vaynshteyn, Executor, Estate of Anna Vaynshteyn. **Plaintiff(s)**

- against-

Trump Village Section 4, Inc

**Defendant(s)**

Cal. No. 33

Index No. 950/2025

| The following papers numbered 1 to read on this motion | Papers Numbered |
|---|---|
| Notice of Motion - Order to Show Cause and Affidavits (Affirmations) Annexed | 1 |
| Answering Affidavit (Affirmation) | 2 |
| Reply Affidavit (Affirmation) | 3 |
| _____ Affidavit (Affirmation) | |
| Pleadings- Exhibits | |
| Stipulations - Minutes | |
| Filed Papers | |

Petitioner's order to show cause (motion seq. 1) is denied for lack of standing pursuant to the Court's orders in the matter Trump Village Section 4, Inc vs Jacob Vaynshteyn et. al, including the order dated ~~March 11, 2024~~ September 26, 2025 which stated "on March 11, 2024, the parties ~~stipulated~~ settled this holdover proceeding pursuant to a stipulation of settlement, whereby [Trump Village Section 4] was awarded a final judgment of possession with a warrant of eviction... There is a pending foreclosure sale scheduled for February 17, 2026. As such, Petitioner has no interest in the acts of the board and there motion is denied.

**For Clerks use only**

MG _____

MD ___✓___

Motion Seq. # **1**

_____1_____

E N T E R

_/s/_
J.S.C.
HON. KATHERINE A. LEVINE

EJV-rev 1-23