# EXHIBIT P

## NOTICE OF FORECLOSURE SALE OF COOPERATIVE APARTMENT SECURITY

**BY VIRTUE OF A DEFAULT**, under a certain Occupancy and Use Agreement (the "Lease") by and between Trump Village Section 4, Inc. (hereinafter referred to as "Lessor"), and Anna Vaynshteyn, in accordance with its rights as Lessor pursuant to the Lease, By-Laws and governing documents of Trump Village Section 4, Inc., the Lessor, by Mannion Auctions, LLC, by Matthew D. Mannion, Licensed Auctioneer, DCA #1434494, and/or John O'Keefe, Licensed Auctioneer, DCA # 2103965, will conduct a public foreclosure sale of the security consisting of 20.5 shares of common stock of Trump Village Section 4, Inc., all rights, title, and interest in and to an Occupancy and Use Agreement ("Lease") to Apartment 19B in the building known as and located at 2944 West 5th Street, Brooklyn, NY 11224.

The sale will be held on **February 17, 2026 at 12:00 p.m.** at the foot of the Kings County Courthouse steps, facing Adams Street, located at 360 Adams Street, Brooklyn, New York, 11201.

The Collateral is sold **"AS IS"**, without any representation or warranty, and the sale is subject to the Terms of Sale, terms of the Lease, the By-Laws, Offering Plan and any amendments thereto, the House Rules and any other governing documents, rules and regulations of Trump Village Section 4, Inc. A ten (10%) percent deposit by bank or certified check payable to Woods Lonergan PLLC as Attorneys, is required at the auction; balance due upon closing within thirty (30) days.

The approximate amount of the lien as of January 7, 2026 is **$37,083.47.**

Dated:  New York, New York
        January 8, 2026

Woods Lonergan PLLC
*Attorneys for the Secured Party*
One Grand Central Place
60 East 42nd Street, Suite 1410
New York, NY 10165
(212) 684-2500

# WOODS LONERGAN PLLC

A T T O R N E Y S  A T  L A W                    woodslonergan.com

One Grand Central Place
60 East 42nd Street
Suite 1410
New York, NY 10165
Tel: 212 684 2500
Fax: 212 684 2512

January 8, 2026

## NOTIFICATION OF DISPOSITION OF COLLATERAL

NAME AND ADDRESS OF SECURED PARTY:
Trump Village Section 4, Inc.
2928 West 5th Street, Management Office
Brooklyn, New York 11224

**TO:**
Jacob Vaynshteyn, As Executor of the Estate of Anna Vaynshteyn
2918 Avenue I, Unit 5328
Brooklyn, NY 11210

Dear Jacob Vaynshteyn:

This office is counsel to Trump Village Section 4, Inc., the Secured Party herein.

**PLEASE TAKE NOTICE THAT BY VIRTUE OF A DEFAULT** by the lessee(s) Anna Vaynshteyn, under a certain Occupancy and Use Agreement (the "Lease") for Apartment 19B (the "Apartment") located at 2944 West 5th Street, Brooklyn, NY 11224, Trump Village Section 4, Inc., a New York corporation (the **"Corporation"**), as Lessor, and Anna Vaynshteyn, as Lessee(s), which default resulted in the termination of the Lease and cancelling the 20.5 shares of common stock of the Corporation (the Shares and Lease are hereinafter referred to as the "**Collateral**") allocated to the Apartment.

**PLEASE TAKE NOTICE THAT**:

1. Such a lien is claimed due to nonpayment of Maintenance Charges, additional maintenance, and other amounts owed under the Occupancy and Use Agreement, in the amount of **$32,083.47.**
2. The personal property against which the lien exists in the above referenced Stock and Lease;
3. The amount of the lien as of the date of this Notice is computed as follows:

| | |
|---|---|
| Maintenance Arrears | **$32,083.47** |
| Legal Fees, costs and disbursements | $5,000.00 |
| **TOTAL** | **$37,083.47** |

In addition to the above, you will be responsible for all costs of the Sale, including but not limited to, any publication costs, mailing and service fees incurred,

auctioneer fees, as well as additional legal fees, costs, and disbursements incurred through the date of the Sale, as well as any additional Maintenance Charges, late fees, assessments, and other charges incurred between the date of this Notice and the date of the Sale, each and all of which form a part of the Lien.

**PLEASE TAKE FURTHER NOTICE**, that the Corporation, as the holder of the first lien on the Collateral hereinafter described, pursuant to Sections 9-604(e) and 9-601(a) of the Uniform Commercial Code and the terms of the Lease, will sell the Collateral allocated to the Apartment at public auction on **February 17, 2026**, subject to the conditions set forth in the Terms of Sale, which are available upon request from the undersigned, and such revisions thereto as made by announced at the start of the auction. Said public auction will commence on **February 17, 2026 at 12:00 p.m.**, at which time the collateral will be sold.

| | |
|---|---|
| **LOCATION OF PUBLIC AUCTION:** | Kings County Courthouse |
| | Courthouse Steps (Facing Adams Street) |
| | 360 Adams Street |
| | Brooklyn, New York 11201 |
| | |
| **DATE OF PUBLIC AUCTION:** | February 17, 2026 |
| | |
| **TIME OF PUBLIC AUCTION:** | 12:00 P.M. |

The Collateral consists of shares of capital stock in the Corporation attributable to the Apartment, together with all right, title, and interest to the appurtenant Lease. The collateral will be sold "as is", without any representation or warranty, and is subject to, among other things, leases, tenants in occupancy, if any, rent stabilization and/or rent controlled tenants' rights to use and occupy the Apartment, if any, pursuant to applicable laws and regulations.

**PLEASE TAKE FURTHER NOTICE** Pursuant to Section 9-613(a)(4), Debtor is entitled to an accounting of the unpaid indebtedness. Debtor may request an accounting by calling us at 212-684-2500.

**PLEASE TAKE FURTHER NOTICE** the money that the Corporation obtains from the Sale, after paying its costs we get from the Sale (after paying our costs) will reduce the amount Debtor owes to the Corporation. If the Corporation receives less money than is owed, Debtor will still owe Corporation the difference. If the Corporation receives more money than what Debtor owes, the surplus will be returned to Debtor, once any junior lienholders, if any, are paid. If Debtor wishes to protect its interest, Debtor is urged to either remit the full balance due.

**PLEASE TAKE FURTHER NOTICE** that this Notice is also being sent to the following people who have, or may have, an interest in or junior lien upon, the Collateral and/or proceeds from any Sale:

3100 Ocean LLC
4611 12th Avenue, #1L
Brooklyn, NY 11219

**PLEASE TAKE FURTHER NOTICE**, that Debtor is entitled to bring a proceeding under Section 201-a of the Lien Law of the State of New York within ten (10) days of service of this notice if you dispute the validity of said lien or the amount claimed.

Please direct all inquiries with respect to the Sale of the collateral to the office of the undersigned.

Andreas E. Christou, Esq.
Woods Lonergan PLLC
One Grand Central Place
60 East 42nd Street, Suite 1410
New York, NY 10165
(212) 684-2500

## AFFIDAVIT OF SERVICE

State of New York

             SS.:

County of New York

      Aditi Patil, being duly sworn, deposes as follows:

1.      I am not a party to this matter, am over the age of 18 and reside in the State of New York, County of New York.

2.      On January 8, 2026, I served a true and complete copy of the within **NOTICE OF DISPOSITION OF COLLATERAL** and **NOTICE OF SALE** upon the following parties herein:

Jacob Vaynshteyn, As Executor of the
Estate of Anna Vaynshteyn
2918 Avenue I, Unit 5328
Brooklyn, NY 11210

Thomas B. Pruzan, Esq.
Pruzan Law Firm
111 Court Street, Suite 2L
Brooklyn, NY 11201

Jacob Vaynshteyn
2918 Avenue I, Unit 5328
Brooklyn, NY 11210

3100 Ocean LLC
4611 12th Avenue, #1L
Brooklyn, NY 11219

Jacob Vaynshteyn, As Executor of the
Estate of Anna Vaynshteyn
2944 West 5th Street, Apt. 19B
Brooklyn, NY 11224

Occupant
2944 West 5th Street, Apt. 19B
Brooklyn, NY 11224

3.      Service was made by enclosing said documents in a postpaid sealed wrapper properly addressed to said party at its last known address *by first class mail and certified mail, return receipt requested* by depositing same in an official depositary under exclusive care and custody of the United States Postal Service within New York State.

                                     Aditi Patil

Sworn to before me this
8th day of January, 2026

NOTARY PUBLIC

ANDREAS E. CHRISTOU
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01CH6358331
QUALIFIED IN NASSAU COUNTY
MY COMMISSION EXPIRES MAY 8, 2029