# EXHIBIT R

United States Bankruptcy Court
Eastern District of New York

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 02/17/2026 at 11:37 AM and filed on 02/17/2026.

**Jacob Vaynshteyn**
Comfort Inn
150 20th Street
Brooklyn, NY 11232
SSN / ITIN: xxx-xx-7265



The case was filed by the debtor's attorney:

**Morris Fateha**
911 Avenue U
Brooklyn, NY 11223
718-627-4600

The case was assigned case number 1-26-40732.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page https://ecf.nyeb.uscourts.gov/ or at the Clerk's Office, 271-C Cadman Plaza East, Suite 1595, Brooklyn, NY 11201-1800.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Paul Dickson**
**Clerk, U.S. Bankruptcy Court**

FILED: KINGS COUNTY CLERK 02/17/2026 11:44 AM    INDEX NO. 505513/2026

NYSCEF DOC. NO. 13    RECEIVED NYSCEF: 02/17/2026

### PACER Service Center

| Transaction Receipt | | | |
|---|---|---|---|
| 02/17/2026 11:41:16 | | | |
| **PACER Login:** | mfateha18 | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 1-26-40732 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |



# NYSCEF Confirmation Notice

## Kings County Supreme Court

The NYSCEF website has received an electronic filing on 02/17/2026 11:44 AM. Please keep this notice as a confirmation of this filing.

**505513/2026**
**JACOB VAYNSHTEYN et al v. TRUMP VILLAGE SECTION 4, INC**
**Assigned Judge: Joy Campanelli**

## Documents Received on   02/17/2026 11:44 AM

| Doc # | Document Type |
|---|---|
| 13 | NOTICE OF BANKRUPTCY (POST RJI) |

## Filing User

MORRIS FATEHA | morrisfateha@aol.com | 347-385-7893
911 Avenue U, Brooklyn, NY 11223

## E-mail Service Notifications

An email regarding this filing has been sent to the following on 02/17/2026 11:44 AM:

**ANDREAS E CHRISTOU - andreas.christou@woodslaw.com**
**MORRIS FATEHA - morrisfateha@aol.com**
**JAMES FRANCIS WOODS - jwoods@wlesq.com**

**Hon. Nancy T. Sunshine, Kings County Clerk and Clerk of the Supreme Court - kcco-efile@nycourts.gov**
Website: https://www.nycourts.gov/courts/2nd-judicial-district/kings-county-clerks-office

**NYSCEF Resource Center, nyscef@nycourts.gov**
Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile

Page 1 of  1

**Andreas Christou**

| | |
|---|---|
| **From:** | Morris Fateha <morrisfateha@gmail.com> |
| **Sent:** | Tuesday, February 17, 2026 11:48 AM |
| **To:** | Morris Fateha |
| **Cc:** | James Woods; Aditi Patil; Andreas Christou; Staff; James Woods |
| **Subject:** | Re: NYSCEF Notification: Kings - Real Property - Other - <NOTICE OF BANKRUPTCY (POST RJI)> 505513/2026 (JACOB VAYNSHTEYN et al v. TRUMP VILLAGE SECTION 4, INC) |
| **Attachments:** | notice of bankruptcy.pdf; notice of bankruptcy.pdf; Plan.PDF; Petition.PDF |

Dear All
Please confirm that this sale has been cancelled. Thanks!

On Tue, Feb 17, 2026 at 11:44 AM <efile@nycourts.gov> wrote:



# Kings County Supreme Court Notification of Filing 02/17/2026

The NYSCEF System has received the documents listed below from filing user MORRIS FATEHA . Please keep this notice as a confirmation of this filing.

## Case Information

Index #: **505513/2026**
Caption: **JACOB VAYNSHTEYN et al v. TRUMP VILLAGE SECTION 4, INC**
eFiling Status: **Full Participation Recorded**
Assigned Case Judge: **Joy Campanelli**

## Documents Received

| Doc # | Document | Received Date |
|---|---|---|
| 13 | NOTICE OF BANKRUPTCY (POST RJI) | 02/17/2026 |

## E-mail Service Notifications Sent

| Name | Email Address |
|---|---|
| MORRIS FATEHA | morrisfateha@aol.com |
| JAMES FRANCIS WOODS | jwoods@wlesq.com |
| ANDREAS E CHRISTOU | andreas.christou@woodslaw.com |

# Filing User

**MORRIS FATEHA** | morrisfateha@aol.com | 347-385-7893 | 911 Avenue U, Brooklyn, NY 11223

Emergency Applications For Emergency Applications made after 5 p.m. or on days when the court is closed, please call 800-430-8457 or email emergency@nycourts.gov.
**NOTICE:** This e-mail is intended only for the named recipient and for the purposes of the New York State Courts E-Filing System. If you are neither the intended recipient nor a person designated to receive messages on behalf of the intended recipient, notify the sender immediately.

**If you are unsure of the contents or origin of this email, it is advised to NOT click on any links provided. Instead, log into your NYSCEF account to access the documents referred to in this email. Thank you.**

**Hon. Nancy T. Sunshine, Kings County Clerk and Clerk of the Supreme Court**

**Phone:** Phone: 347-404-9762

**Email:** kcco-efile@nycourts.gov

**Website:** https://www.nycourts.gov/courts/2jd/kingsclerk/index.shtml


--
Morris Fateha
911 Avenue U
Brooklyn, NY 11223
(347) 385-7893