# EXHIBIT T



Lenore Harris
*President*
Lilya Tamakhina
*Vice President*
Sofiya Osherova
*Treasurer*
Edward Aizman
*Secretary*

Igor Oberman
*General Property Manager*
Mariya Alfiarovich
*Senior Assistant Manager*

March 19, 2026

<u>**Via Overnight Mail and Regular Mail To:**</u>

Trump Village Section 4, Inc. As Secured Party
of Estate of Anna Vaynshteyn
c/o Woods Lonergan PLLC
One Grand Central Place
60 East 42nd Street, Suite 1410
New York, New York 10165

Nethaniel Bouskila
1584 East 21st Street
Brooklyn, New York 11210

Re:   Apartment 19B at 2944 West 5th Street, Brooklyn, NY
Purchase of Unit in Trump Village Section 4, Inc. from
Trump Village Section 4, Inc. As Secured Party
Of Estate of Anna Vaynshteyn.
<u>Notice of Exercise of Right of First Refusal</u>

Dear All:

Please be advised that the Board of Directors of Trump Village Section 4, Inc. (the "Corporation") has determined to exercise the Corporation's Right of First Refusal with respect to the shares of stock and related occupancy agreement for the above referenced apartment 19B at 2944 West 5th Street, Brooklyn, New York 11224. The Corporation is ready and willing to purchase said shares and occupancy agreement at the price of $192,000.00, set forth in certificate of non-judicial foreclosure sale conducted by Mannion Auctions LLC on February 17th, 2026, against Estate of Anna Vaynshteyn under all the terms and conditions of the Terms of Sale which includes payment of the transfer fee (flip-tax), cooperative liens, and applicable fees out of said proceeds, as provided by the Corporation's By-Laws.

Please contact the Corporation's counsel, Malvina Lin., P.C., Malvina Lin, Esq., 1203 Avenue J, Suite 4B, Brooklyn, New York 11230 to complete this transaction. They can also be reached at 718-377-3500 and via email at malvina@malvinalaw.com

Very truly yours,
Trump Village Section 4, Inc.

By_____
Igor Oberman, Assistant Secretary and General Manager

2928 West 5TH Street, Brooklyn, New York 11224
Tel: 718.946.4800 I Email: info@trump4west.com
www.trump4west.com



Lenore Harris
*President*
Lilya Tamakhina
*Vice President*
Sofiya Osherova
*Treasurer*
Edward Aizman
*Secretary*

Igor Oberman
*General Property Manager*
Mariya Alfiarovich
*Senior Assistant Manager*

Page 2

CC:    Board of Directors
       Malvina Lin, P.C.

2928 West 5TH Street, Brooklyn, New York 11224
Tel: 718.946.4800 I Email: info@trump4west.com
www.trump4west.com