WOODS LONERGAN PLLC

ATTORNEYS AT LAW

woodslonergan.com

One Grand Central Place
60 East 42nd Street
Suite 1410
New York, NY 10165
Tel: 212 684 2500
Fax: 212 684 2512

Andreas E. Christou, Esq.
Associate
Admitted to the NY & NJ Bar
Email: andreas.christou@woodslaw.com

August 17, 2026

Via ECF
Hon. Elizabeth S. Stong
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

**RE: 1-26-40732-ess, Jacob Vaynshteyn**
**Adjournment Letter**

Dear Judge Stong:

The undersigned counsel represents Interested Party Trump Village Section 4, Inc. ("Cooperative") in this action. Due to the Court's adjournment of its August 18, 2026 Calendar as advised by the Court, after consultation with counsel for the Debtor Jacob Vaynshteyn, Morris Fateha, Esq., this letter shall advise the Court that the Debtor's Motion for Violation of the Automatic Stay (Dkt 18) is hereby adjourned from August 18, 2026 at 10:30 a.m. to **November 3, 2026 at 10:30 a.m.**

Should anything further be required, please feel free to contact the undersigned counsel.

Sincerely,

Andreas E. Christou, Esq.